**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              CASE NO. 3:06-cv-112-J-20TEM

CURRENCY, $19,010.00,

    Defendant.

_____

**O R D E R**

This cause is before the Court on Plaintiff's Motion to Compel Answers to Requests for Admissions, Interrogatories and Requests for Production of Documents (Doc. #16, Motion to Compel) filed February 5, 2008. Plaintiff assert that Claimant has not responded to Plaintiff United States of America's: First Set of Request for Admissions to Claimant Eligene Louis, First Set of Interrogatories to Claimant Eligene Louis, and First Request for Production of Documents to Claimant Eligene served on March 8, 2007 (Doc. #16-2 at 5, 16-3 at 19, 16-4 at 6). Plaintiff's counsel avers that she has contacted Claimant's counsel by letter in an effort to obtain the sought discovery (Doc. #16 at 2).

There is no evidence in the file indicating that Claimant has supplied Plaintiff with the information sought through the discovery requests. Moreover, Claimant has not filed a response in opposition to the Motion to Compel.

Motions to compel discovery under Federal Rule of Civil Procedure 37(a) are committed to the sound discretion of the trial court. *Commercial Union Ins. Co. v.*

*Westrope*, 730 F.2d 729, 731 (11th Cir. 1984).  The trial court's exercise of discretion regarding discovery orders will be sustained absent a finding of abuse of that discretion to the prejudice of a party.  *Id.*

The overall purpose of discovery under the Federal Rules is to require the disclosure of all relevant information so that the ultimate resolution of disputed issues in any civil action may be based on a full and accurate understanding of the true facts, and therefore embody a fair and just result.  *United States v. Proctor & Gamble Co.*, 356 U.S. 677, 682 (1958).  Discovery is intended to operate with minimal judicial supervision unless a dispute arises and one of the parties files a motion involving judicial intervention.  "The rules require that discovery be accomplished voluntarily; that is, the parties should affirmatively disclose relevant information without the necessity of court orders compelling disclosure." *Bush Ranch, Inc. v. E.I. DuPont De Nemours & Co.*, 918 F. Supp. 1524, 1542 (M.D. Ga. 1995), *rev'd on other grounds*, 99 F.3d 363 (11th Cir. 1996).

The Court has considered this matter and, accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion to Compel Answers to Requests for Admissions, Interrogatories, and Requests for Production of Documents (Doc. #16) is **GRANTED**.  Claimant shall respond to the admissions and interrogatories, and produce all documents in his possession, custody, or control that are responsive to the discovery requests that are the subject of this motion.

2. Claimant's compliance is ordered **within ten (10) days** of the date of this Order. Any objection as to privilege is preserved and subject to Claimant's proper submission of a detailed privilege log.

**DONE AND ORDERED** at Jacksonville, Florida this  11th  day of April, 2008.

Copies to all counsel of record
and *pro se* parties, if any

THOMAS E. MORRIS
United States Magistrate Judge